**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 00 - 2398 MJD/JGL**

| | | |
|---|---|---|
| **JEAN SANDBERG** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PRIVACY ACT** |
| | ) | **PROTECTIVE ORDER** |
| **WILLIAM J. HENDERSON,** | ) | |
| Postmaster General, | ) | |
| Defendant | ) | |

This Order is entered for the purpose of protecting the rights of privacy of employees or prospective employees of the United States Postal Service against unreasonable disclosure of information pertaining to them pursuant to the objectives of the Privacy Act of 1974. 5 U. S C §552a (1977) and pursuant to Federal Rules of Civil Procedure.

1. This Order permits the disclosure in the course of this action, of any United States Postal Service records covered by the Privacy Act, reasonably necessary or useful to respond to discovery or to defend this pending action. The Order does not otherwise affect any objections to discovery made pursuant to the Federal Rules of Civil Procedures This Order permits defendant to produce files or documents designed to give plaintiff, through her attorney, the discovery she seeks without requiring defendant to prescreen each document for Privacy Act objections and present those objections to this Court for a decision on disclosure.

2. Such records shall be disclosed by defendant only to plaintiff through her attorney. Plaintiff's attorney shall not be allowed to copy any such records until it can be determined that such information is covered by the published exemptions under the Privacy Act. Plaintiff's attorney shall not disclose any of the records or information contained in them to any person,



FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

including plaintiff, unless the disclosure is reasonably and in good faith calculated to aid in the preparation and or the prosecution of this case. Plaintiff's attorney shall insure that any person, excepting himself, to whom disclosure may be made pursuant to this Order shall, prior to such disclosure, have read, understood, and acknowledged his agreement to be bound by this Order.

3. No person to whom a record is disclosed by plaintiff or her attorney shall make a copy of any part of the records. Neither plaintiff, nor her attorney nor any individual to whom they have made disclosure shall himself make any disclosure of information covered under this Order except for disclosures allowed under the Privacy Act. The sole purposes for which any discovery materials disclosed to plaintiff shall be used by plaintiff or her attorney is to prepare for and to prosecute this litigation.

4. After plaintiff's attorney, without plaintiff's presence, has had an opportunity to review postal records, he shall provide the Postal Service with a list of documents he wishes to have copied. No such records shall be released unless such information is covered by the published exemptions under the Privacy Act. Should the parties dispute the release of any such records, the matter shall be brought to the attention of this Court for resolution.

5. Upon conclusion of this action (including appeals), all copies of documents released to the plaintiff or her attorney under this Order, excepting exhibits entered into evidence, shall be returned within a reasonable period by plaintiff's attorney to counsel for defendant or destroyed. Nothing in this Order constitutes any decision by the Court concerning discovery

admission into evidence of any specific document or liability for payment of any costs of production or reproduction of documents nor does the Order constitute a waiver by defendant of any right to object to discovery or admission into evidence of any document or record subject to this Order.

Entered this 23 day of July, 2001.,

JONATHON G. LEBEDOFF
U.S. Magistrate Judge

CONSENTED TO:

Reino J. Paaso 7-3-2001

Reino J. Paaso
Attorney at Law
2469 University Avenue West
Saint Paul, Minnesota 55114

Mary Jo Madigan
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Barbara H. Frazier
United States Postal Service
Law Department
P.O. Box 66640
St. Louis, Missouri 63166-6640

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 708
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500