ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 00 - 2398 MJD/JGL**

| | | |
|---|---|---|
| **JEAN SANDBERG**<br>Plaintiff,<br><br>v.<br><br>**JOHN E. POTTER,**<br>Postmaster General,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATED AGREEMENT OF THE PARTIES TO ALLOW AMENDMENT OF THE COMPLAINT AND THE PRETRIAL ORDER** |

This Agreement is entered into for the purpose of incorporating a subsequent administrative complaint into the current action, and thus reducing the amount of litigation.

1. This Agreement permits the Plaintiff in this action, Jean Sandberg, to amend her complaint, as submitted, to include the allegations that made up the United States Postal Service EEO Complaint No. 1-I-531-0006-01.

2. The Agreement does not otherwise affect any defenses which may be made pursuant to the Federal Rules of Civil Procedure.

3. This Agreement anticipates Plaintiff and Defendant will produce files or documents, through their attorneys, designed to give each the discovery they need, regarding the new allegations.

FILED AUG 2 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The parties agree that the Pretrial Order shall be amended as follows:

A.) The period during which the parties may seek discovery shall be completed by December 1, 2001;

B.) All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 1, 2002.

C.) Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002.

D.) This case will be considered "ready for trial" as of May 1, 2002.

5. Records covered by the Privacy Act shall be disclosed by Defendant to Plaintiff only through her attorney and be subject to the existing Privacy Act Agreement.

6. Defendant has received a copy of the AMENDED COMPLAINT and accepts the Court's Order as sufficient service of the AMENDED COMPLAINT. Defendant's answer to the Amended Complaint shall be filed within 20 days of said Order.

CONSENTED TO:

Reino J. Paaso 8-20-01

Reino J. Paaso, Atty. ID # 171694
Attorney at Law
2469 University Avenue West
Saint Paul, Minnesota 55114

Mary Jo Madigan

Mary Jo Madigan, Atty. ID # 66206
Assistant United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Jean Sandberg**,

Plaintiff,

Civil No. 00-CV-2398 (MJD/JGL)

vs.

**ORDER TO AMEND**

**John E. Potter**, United States Postmaster General/United States Postal Service Chief Executive Officer,

Defendant.

Based upon the stipulation of the parties it is hereby ordered that:

1. Plaintiff is allowed to amend her complaint as submitted to include the allegations made in EEO Complaint No. 1-I-531-0006-01.

2. The Pretrial Order in this action shall be amended as follows:

   A.) The period during which the parties may seek discovery shall be completed by December 1, 2001;

   B.) All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 1, 2002.

   C.) Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002.

   D.) This case will be considered "ready for trial" as of May 1, 2002.

3. Pursuant to Rule 25(d), Fed. R. Civ.P., John E. Potter shall be substituted for William J. Henderson as defendant in this action.

Dated: Aug. 23, 2001

Magistrate Judge, Jonathan Lebedoff