**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JEAN SANDBERG,**

Plaintiff,

v.

**WILLIAM J. HENDERSON, United States Postmaster General/United States Postal Service Chief Executive Officer**

Defendant.

Civil No. 00-2398 (MJD/JGL)

**Minutes and Order**

---

APPEARANCES

Reino Paaso, Esq., for Plaintiff.

Mary Jo Madigan, Esq., for Defendant.

---

A hearing was held on December 18, 2001 before United States Magistrate Judge Jonathan Lebedoff on Plaintiff's Motion to Compel Discovery (Doc. No. 34). The Court ruled from the bench. Plaintiff's Motion is **GRANTED IN PART and DENIED IN PART**.

Dated: December 19, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

DEC 2 . .
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____