UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jean Sandberg,

Plaintiff,

v.

ORDER
Civ. No. 00-2398(MJD/JGL)

John E. Potter,
Postmaster General
United States Postal Service,

Defendant.

---

This matter is before the Court upon Plaintiff's appeal of Magistrate Judge Lebedoff's Order of December 19, 2001. Plaintiff asks the Court to review the reasonableness of Magistrate Judge Lebedoff's Order denying in part her motion to compel, based on conduct that occurred with regard to the first trial.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order of December 19, 2001 is neither clearly erroneous or contrary to law. Accordingly,

IT IS HEREBY ORDERED that the Order of December 19, 2001 is AFFIRMED.

Date: JAN. 17, 2002

Michael J. Davis
United States District Court

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________