UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEAN SANDBERG,

Plaintiff,

v.

JOHN E. POTTER,
Postmaster General/United States
Postal Service Chief Executive Office,

Defendant.

CIVIL NO. 00-2398 (MJD/JGL)

ORDER/NOTICE OF HEARING

The above matter came on before the undersigned upon the District Court's Order of Referral dated March 7, 2002, referring Defendant's Motion for Summary Judgment to the undersigned.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion for Summary Judgment and related pleadings were served on February 12, 2002. Defendant shall promptly file the originals and one copy of all said pleadings with the Clerk of Court.

2. Plaintiff's Response to Defendant's Motion for Summary Judgment shall be served and filed on or before March 12, 2002.

3. Defendant's Reply, if any, shall be served and filed on or before March 20, 2002.

4. Oral argument will be held before the undersigned on Defendant's Motion for Summary Judgment on April 1, 2002 at 11:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 12, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________