UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jean Sandberg,

Civ. File No. 00-2398 (MJD/JGL)

Plaintiff,

v.

**ORDER**

John E. Potter,
United States Postmaster General,

Defendant.

---

This matter is before the Court on the objections of Plaintiff and Defendant to United States Magistrate Judge John M. Mason's Report and Recommendation ("R&R") dated June 4, 2002. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and all the files, records, and proceedings herein, the Court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Clerk Doc. No. 52) is **DENIED** as to Count One of the Amended Complaint and **GRANTED** as to Count Two of the Amended Complaint; and

2. Plaintiff's Motion for Partial Summary Judgment (Clerk Doc. No. 43) is **DENIED WITHOUT PREJUDICE.**

Dated: 7-31-02

Michael J. Davis
United States District Court Judge

JUL 31
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK