UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jean Sandberg,

Civ. File No. 00-2398 (MJD/JGL)

Plaintiff,

v.

**ORDER**

John E. Potter,
United States Postmaster General,

Defendant.

---

This matter is before the Court on Plaintiff's appeal from the Order of Chief Magistrate Judge Jonathan Lebedoff dated July 16, 2002. This Court must modify or set aside any portion of the Chief Magistrate Judge's order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of the parties, the Court concludes that Chief Magistrate Judge Lebedoff's Order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** that Chief Magistrate Judge Lebedoff's Order is **AFFIRMED**.

Dated: 9-9-02

Michael J. Davis
United States District Court Judge

FILED 9-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK